ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
SARAH LEVITT (State Bar No. 233646)
Assistant United States Attorney
Violent & Organized Crime Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2579
    Facsimile: (213) 894-3713
    E-mail:   sarah.levitt@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
CLERK, U.S. DISTRICT COURT
JUL - 1 2010
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ANGEL TOY CORPORATION et al.,<br><br>        Defendants. | No. CR 10 00718<br><br>GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING ARREST WARRANTS AND INDICTMENT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF SARAH LEVITT<br><br>[UNDER SEAL] |

    The government hereby applies <u>ex parte</u> for an order directing that the indictment and arrest warrants in the above-titled case, together with this <u>ex parte</u> application, the memorandum of points and authorities, the declaration of Sarah C. Levitt, and this Court's sealing order, be kept under seal until the arrest of the defendants.

///

   This _ex parte_ application is based on the attached memorandum of points and authorities, and declaration of Sarah Levitt.


Dated: July 1, 2010          Respectfully Submitted,

                             ANDRÉ BIROTTE JR.
                             United States Attorney

                             CHRISTINE C. EWELL
                             Assistant United States Attorney
                             Chief, Criminal Division

                             _/s/_____
                             SARAH LEVITT
                             Assistant United States Attorney

                             Attorneys for Plaintiff
                             United States of America

## MEMORANDUM OF POINTS AND AUTHORITIES

The government requests that this Court seal the arrest warrants and indictment in this case in order to maintain the integrity of this investigation. Approval from this court to seal these documents is required under Local Rule 79-5.1. The Court of Appeals for the Ninth Circuit has held that district courts have the inherent power to seal affidavits in support of warrants. In re Sealed Affidavit (Agosto), 600 F.2d 1256 (9th Cir. 1979) (per curiam); see also Offices of Lakeside Non-Ferrous Metals, Inc., 679 F.2d 778 (9th Cir. 1982) (citing Agosto).

The Court of Appeals for the Seventh Circuit has rejected the proposition that pre-indictment disclosure of a search warrant affidavit is required under either constitutional principles or Federal Rule of Criminal Procedure 41(g). In re EyeCare Physicians of America, 100 F.3d 514 (7th Cir. 1996). In doing so, the Seventh Circuit held:

> By the very nature of a secret criminal investigation of this type, the target of an investigation more often than not remains unaware of the specific grounds upon which a warrant was issued. If preindictment disclosure of sealed warrant affidavits was required to satisfy due process (assuming there has been a predicate deprivation of life, liberty or property), the hands of law enforcement would be needlessly tied and investigations of criminal activity would be made unduly difficult if not impossible.

Id. at 517. Accord In re Grand Jury Proceedings, 115 F.3d 1240, 1247 (5th Cir. 1997).

Here, for the reasons described in the attached declaration, sealing is necessary to maintain the integrity of the government's investigation. The government accordingly requests that the documents described in the attached declaration be

1

maintained under seal until the arrest of any of the defendants in the above-entitled matter.

Dated: July 1, 2010

Respectfully Submitted,

ANDRÉ BIROTTE JR.
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

_____
SARAH LEVITT
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

## DECLARATION OF SARAH LEVITT

I, Sarah Levitt, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of United States v. Angel Toy Corporation, et al., in which the government has filed an indictment and requested arrest warrants.

2. The defendants have not been taken into custody on the charges contained in the indictment and have not been informed that they are being named as defendants in the indictment. The likelihood of apprehending defendants might be jeopardized if the indictment in this case were made publicly available before defendants are taken into custody on the warrants. Additionally, one of the named defendants resides in Bogota, Colombia, and the government is currently working on obtaining a provisional arrest warrant for this individual in Colombia.

3. Accordingly, the government requests that the indictment and arrest warrants in the above-titled case, together with this ex parte application, the memorandum of points and authorities, this declaration, and this Court's sealing order, be kept under seal until the arrest of any of the defendants.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: July 1, 2010

SARAH LEVITT