ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
SARAH C. BAXTER (State Bar No. 233646)
Assistant United States Attorney
Violent & Organized Crime Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2579
    Facsimile: (213) 894-3713
    E-mail:   sarah.levitt@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10 00718 |
| Plaintiff, | [PROPOSED] ORDER |
| v. | UNDER SEAL |
| ANGEL TOY CORPORATION et al., | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The indictment and arrest warrants in the above-titled case, together with this <u>ex parte</u> application, the memorandum of points and authorities, the declaration of Sarah Levitt, and this Court's sealing order, shall be kept under seal until the arrest of any of the defendants.

DATED: July 1, 2010

_____
UNITED STATES MAGISTRATE JUDGE

IN CASE OF DENIAL:

    The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying documents shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATED: _____

                                                UNITED STATES MAGISTRATE JUDGE